UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Case No. 5:24-CR-00005-XR |
| HECTOR DELGADO-ESCAMILLA (1) | § | |

## ORDER

On the _____ day of _____, 2024, this Court considered Defendant's Unopposed Motion to Continue Scheduling Order Deadlines. Upon considering the merits, Defendant's Motion is hereby:

_____ GRANTED          _____ DENIED

SIGNED on this the _____ day of _____, 2024.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE